UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:26-cr-00008-GFVT-EBA |
| v. | ) | |
| | ) | |
| JULIO CESAR HERNANDEZ-OVIEDO, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by

United States Magistrate Judge Edward B. Atkins. [R. 21.] On April 3, 2026, the Defendant

appeared before Judge Atkins following the Defendant's motion for Rearraignment. [R. 16; R.

22.] Judge Atkins found that the Defendant pled guilty to Count 1 of the Indictment in a

knowing, voluntary, and intelligent fashion. [R. 21.] As such, Judge Atkins recommended that

this Court accept the Defendant's guilty plea, and the Defendant be adjudged guilty of Count 1

of the Indictment. *Id.* at 2.

The recommendation instructed the parties to file any specific written objections within

three business days after being served with the decision, or else waive the right to further review.

*Id*. at 2. Neither party objected and the time to do so has now passed. Upon review, the Court is

satisfied that Defendant Julio Cesar Hernandez-Oviedo knowingly, voluntarily, and intelligently

pled guilty to Count 1 of the Indictment and that an adequate factual basis supports the plea as to

this count. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Atkins's Recommendation to Accept Guilty Plea **[R. 21]** is **ADOPTED** as and

    for the Opinion of the Court;

2. Defendant Julio Cesar Hernandez-Oviedo is **ADJUDGED** guilty of Count 1 of the Indictment; and

3. The Defendant's Jury Trial is **CANCELLED**.

This the 22nd day of April, 2026.

Gregory F. Van Tatenhove
United States District Judge